[No. 8925–1–I.  Division One.  December 8, 1982.]

H. A. BATTRUM, ET AL, *Respondents,* v. BARNEY
L. PERKINS, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King
County, No. 845888, David C. Hunter, J., entered May 12,
1980. *Affirmed* by unpublished opinion per Ringold, J.,

concurred in by Durham, A.C.J., and Scholfield, J.